ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| SBH Services & CORE Construction, JV II | ) ASBCA No. 61714 |
| | ) |
| Under Contract No. W912QR-14-C-0001 | ) |

APPEARANCES FOR THE APPELLANT:    A. Jay Koehler, Esq.
                                  Derrick L. Haddox, Esq.
                                    Swanson, Martin & Bell, LLP
                                    Chicago, IL

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Brett R. Howard, Esq.
                                   R. Lauren Horner, Esq.
                                   James M. Inman, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The appellant has moved to dismiss the appeal. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: August 2, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61714, Appeal of SBH Services & CORE Construction, JV II, rendered in conformance with the Board's Charter.

Dated:  August 3, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2